FILED JUN 28'22 AM10:09 USBC-GBD

# CERTIFICATE OF SERVICE

I, __Mya Corbett__ (name); certify that service of this summons and a copy of the complaint was made __June 23, 2022__ (date) by:

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

__X__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __06/23/22__     Signature __Mya Cor.__

Print Name: __MyA Corbett__

Recipient:
Attorney Steven Walker
Walker Kiger PLLC
100 Professional Ct Ste 102
Garner NC 27529

Business Address: __1183 University Dr #105227 Burlington NC 27215__

DE #4

FILED JUN 28'22 AM 10:09 USBC-GBO

# CERTIFICATE OF SERVICE

I, __Mya Corbett__ (name), certify that service of this summons and a copy of the complaint was made __June 23, 2022__ (date) by:

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

__X__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __0/23/22__          Signature __Mya Cor.__

Print Name: __MyA Corbett__

Recipient
Business Address: __1183 University Dr #105227__
Oaktree Finance LLC          __Burlington NC 27215__
520 Arbor Hill Rd
Kernersville NC 27284

FILED JUN 28'22 AM10:09 USBC-GBO

# CERTIFICATE OF SERVICE

I, __Mya Corbett__ (name), certify that service of this summons and a copy of the complaint was made __June 23, 2022__ (date) by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

**X** Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __0/23/22__    Signature __Mya Cor.__

Print Name: __MyA Corbett__

?cipient

Business Address: __1183 University Dr #105227__
__Burlington NC 27215__

Towniffic Towing-& Recovery
1413 B N Arendell Ave
Zebulon NC 27597

# CERTIFICATE OF SERVICE

I, __Mya Corbett__ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

**[X]** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __6/23/22__     Signature __Mya C__

Print Name: __MyA Corbett__

Business Address: __1183 University Dr #105227 BURLINGTON NC 27215__

Recipient
Towriffic Towing & Recovery
5616 Quail Covey Lane 29
Wendell NC 27591

Form B 250B (12/09)

# United States Bankruptcy Court
## Middle District Of North Carolina

In re  Mya Deionshai Corbett
                Debtor

Mya Deionshai Corbett
            Plaintiff
vs.

Towriffic Towing & Recovery,
Oaktree Finance LLC
            Defendant

Case No. 22-10293

Chapter 13

Adv. Proc. No. 22-2017

*Attached Proof of Certificate of Service*

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | Reid Wilcox, Clerk<br>U.S. Bankruptcy Court<br>PO Box 26100<br>Greensboro, NC 27402-6100 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney & Bankruptcy Administrator.

| Name and Address of Plaintiff's Attorney | Name and Address of Bankruptcy Administrator |
|---|---|
| Mya Deionshai Corbett (Pro Se)<br>1183 University dr #105227<br>Burlington, NC 27215 | William P. Miller<br>Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC 27401 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>United States Bankruptcy Court<br>101 South Edgeworth Street<br>Greensboro, NC 27401 | Room: Courtroom #1<br>Date and Time<br>August 23, 2022 at 2:00 PM |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Reid Wilcox
*Clerk of the Bankruptcy Court*

6/21/2022          By:  Teresa Randolph
Date                         Deputy Clerk