UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MYA DEIONSHAI CORBETT, | ) | |
| | ) | CASE NO. 22-10293 |
| Plaintiff/Debtor, | ) | CHAPTER 13 |
| | ) | ADV. PROC. NO. 22-2017 |
| v. | ) | |
| | ) | |
| TOWRIFFIC TOWING & RECOVERY and OAKTREE FINANCE LLC, | ) ) ) ) | **DEFENDANT OAK TREE FINANCE, LLC'S MOTION TO DISMISS (UNDERLYING CASE DISMISSED)** |
| Defendants. | | |

**NOW COMES** defendant Oak Tree Finance, LLC, by and through undersigned counsel, and moves that this adversary proceeding be dismissed and shows as follows:

1. This adversary proceeding was filed on June 21, 2022 by Debtor Mya Corbett ("debtor").

2. On July 26, 2022 a hearing was held on the Trustee's Motion to Dismiss the underlying bankruptcy case (Case No. 22-10293).

3. On July 27, 2022, this Honorable Court entered an Order dismissing the underlying Chapter 13 bankruptcy case prior to confirmation. *See* Case No. 22-10293, Docket Number 33.

4. It would be appropriate, given that the Court has dismissed the underlying case, that the Court divest itself of jurisdiction in the Adversary Proceeding filed in connection with the underlying petition and dismiss the Adversary Proceeding.

5. It would be appropriate for the Court to do so without hearing and based upon this motion and any response the Court deems necessary to receive.

<u>PRAYER FOR RELIEF</u>

1. That the Court dismiss debtor's adversary proceeding;

2. That the August 23, 2022 pretrial conference on this matter be removed from the docket; and

3. For other such relief that the Court deems necessary and proper.

RESPECTFULLY SUBMITTED, This 28th day of July, 2022.

_____
WALKER KIGER, PLLC
David "Steven" Walker
NC Bar #34270
Attorney for Defendant Oaktree Finance LLC
100 Professional Court, Ste 102
Garner, NC 27529
(984) 200-1930 (Telephone)
(984) 500-0021 (Fax)
steven@walkerkiger.com (email)

2

<u>CERTIFICATE OF SERVICE</u>

  This shall certify that a copy of the foregoing **DEFENDANT OAK TREE FINANCE, LLC'S MOTION TO DISMISS (UNDERLYING CASE DISMISSED)** was this day served upon the plaintiff/debtor by mailing via US Mail, postage pre-paid, to each person below at the address of record, namely:

Mya Corbett, *Pro Se*
1183 University Drive, #105227
Burlington, NC 27215

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Tow-Riffic
5616 Quail Covey Lane
Wendell, NC 27591

This the 28th day of July, 2022.

_____
WALKER KIGER, PLLC
David "Steven" Walker
NC Bar #34270
Attorney for Defendant
100 Professional Court, Ste 102
Garner, NC 27529
(984) 200-1930 (Telephone)

3