<u>Parties to be Served</u>
22-2017

All parties to this Adversary Proceeding.