_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

```
              UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF NORTH CAROLINA
                     GREENSBORO DIVISION
```

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mya Deionshai Corbett, | ) | Chapter 13 |
| | ) | Case No. 22-10293 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Mya Deionshai Corbett | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 22-02017 |
| | ) | |
| Towriffic Towing & Recovery and | ) | |
| Oaktree Finance LLC | ) | |
| | ) | |
|     Defendant. | ) | |

### ORDER CONTINUING PRE-TRIAL HEARING

   **IT IS HEREBY ORDERED** that the Pre-Trial hearing is hereby continued until September 7, 2022, at 2:00 pm. No scheduling memorandum shall be filed subject to further order of the court. The hearing will be held at the United States Bankruptcy Court, 101 S. Edgeworth Street, Greensboro, NC, Courtroom 1, Second Floor.

1

[END OF DOCUMENT]

<u>Parties to be Served</u>
22-02017

All parties to this Adversary Proceeding.