United States Bankruptcy Court
Middle District of North Carolina

Corbett,
    Plaintiff

Towriffic Towing & Recovery,
    Defendant

Adv. Proc. No. 22-02017-bak

# CERTIFICATE OF NOTICE

District/off: 0418-2      User: admin      Page 1 of 1
Date Rcvd: Aug 16, 2022      Form ID: pdf014      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Mya Deionshai Corbett, 1183 University dr #105227, Burlington, NC 27215-8303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Oaktree Finance LLC |
| dft | | Towriffic Towing & Recovery |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 18, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Walker, II | on behalf of Defendant Oaktree Finance LLC steven@walkerkiger.com |
| William P. Miller | bancm_ecf@ncmba.uscourts.gov |

TOTAL: 2

**SO ORDERED.**

**SIGNED this 16th day of August, 2022.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

```
              UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF NORTH CAROLINA
                    GREENSBORO DIVISION
```

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mya Deionshai Corbett, | ) | Chapter 13 |
| | ) | Case No. 22-10293 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Mya Deionshai Corbett | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 22-02017 |
| | ) | |
| Towriffic Towing & Recovery and Oaktree Finance LLC | ) ) | |
| | ) | |
|     Defendant. | ) | |

### ORDER CONTINUING PRE-TRIAL HEARING

**IT IS HEREBY ORDERED** that the Pre-Trial hearing is hereby continued until September 7, 2022, at 2:00 pm. No scheduling memorandum shall be filed subject to further order of the court. The hearing will be held at the United States Bankruptcy Court, 101 S. Edgeworth Street, Greensboro, NC, Courtroom 1, Second Floor.

[END OF DOCUMENT]

[END OF DOCUMENT]

<u>Parties to be Served</u>
22-02017

All parties to this Adversary Proceeding.