UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF NORTH CAROLINA

101 S EDGEWORTH STREET

GREENSBORO NC 27401

| | | |
|---|---|---|
| IN RE: | } | |
| | } | CHAPTER 13 |
| MYA DEIONSHAI CORBETT | } | CASE NO. 22-10293 |
| DEBTOR | } | |
| _____ | } | |
| MYA DEIONSHAI CORBETT | } | |
| PLAINTIFF | } | |
| | } | ADV NO 22-02017 |
| V | } | |
| TOWRIFFIC TOWING & RECOVERY AND | } | |
| OAKTREE FINANCE LLC | } | |
| DEFENDANT | } | |

### MOTION TO EXTEND TIME RESPONSE FILING MOTION TO DISMISS ORDER

Plaintiff requests an extension of time for filing response for Motion to Dismiss Adversary No 22-02017 and states:

1. Under Fed R. Bankr. P , Code and Rule References:

Fed. R. Bankr. P. 9006

the Bankruptcy Court may, upon motion, grant an extension or enlargement of time for extension to file motion request.

2. An extension is appropriate because Plaintiff did file a timely response to the Motion on August 23, 2022 electronically, before the deadline of August 25, 2022 as per attached but it went to the Eastern Court.

3. An extension is requested because the Eastern court notified plaintiff on 8/26/2022 at which time Plaintiff immediately files this Motion to Extend and Accept on 8/26/2022.

Wherefore, Movant requests an extension of time upon receipt of this request and for such further relief as the Court deems appropriate to maintain jurisdiction of this Adv. No. 22-02017.

Date:   August 26, 2022

DEBTOR:   MYA DEIONSHAI CORBETT

**Proof of Service**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on August 26, 2022 to DEFENDANTS.

**Towriffic Towing & Recovery and**

**Oaktree Finance LLC attorney**

**Steven Walker**

**Walker Kiger PLLC**

MYA CORBETT <corbettmya1@gmail.com>

# Emergency filing
2 messages

**Dawn Wright** <Dawn_Wright@nceb.uscourts.gov>  Fri, Aug 26, 2022 at 8:12 AM
To: "corbettmya1@gmail.com" <corbettmya1@gmail.com>

Good Morning,

The court received your emergency filing on 8/23. This appears to be a Middle District case. You will need to submit the document to that court.

Thanks

---

**MYA CORBETT** <corbettmya1@gmail.com>  Fri, Aug 26, 2022 at 10:29 AM
To: CMECFhelp@ncmb.uscourts.gov

Good morning Middle District Court

My name is Mya Corbett case number 22-10293 Adversary case number 22-02017 was filed on August 23, 2022 to the Eastern District Court. Document attached.
It should have been filed to the middle district court as you can see by this email from the Middle district court.

Can you please accept this filing date of August 23, 2022 for this motion to continue Adversary hearing.

Thank you in Advance
Mya Corbett
[Quoted text hidden]

📎 **000showcause822.pdf**
510K

MYA CORBETT <corbettmya1@gmail.com>

# Form submission from: Electronic Document Submission System
2 messages

**Eastern District of North Carolina via Eastern District of North Carolina** <site@aocstw41.jdc.ao.dcn>  Tue, Aug 23, 2022 at 4:50 PM
Reply-To: Eastern District of North Carolina <NCEBml_EmergencyFiling@nceb.uscourts.gov>
To: corbettmya1@gmail.com

Submitted on Tuesday, August 23, 2022 - 16:50
Submitted by anonymous user: 127.0.0.1
Submitted values are:

Filer's Name: Mya Corbett
Debtor's Name (if different): Mya Corbett
Filer's Email Address:
Filer's Phone Number: 9195073844
Case Number (if known): 22-10293 adversary no 22-02017
  ==Documents==

Document (PDF Format only)*:
Document Description: MOTION TO SHOW CAUSE ADVERSARY HEARING
By clicking "submit" below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.:
1. I am intending to file the attached document(s) with the court.
2. The attached document will not be considered filed with the court until I have received a confirmation e-mail from the court.
3. This filing is made in compliance with Fed. R. Bankr. P. 9011 and all applicable statutes and court rules.
4. I have reviewed the court's EDSS Administrative Procedures including the requirements pertaining to: (i) the service of documents filed with the court;
    (ii) my obligation to retain the original document(s) filed; (iii) ensuring documents are properly signed; and (iv) the payment of required fees.
5. I understand this system may only be used to file documents with the United States Bankruptcy Court for the Eastern District of North Carolina.
By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Mya Corbett


The results of this submission may be viewed at:


**MYA CORBETT** <corbettmya1@gmail.com>  Fri, Aug 26, 2022 at 3:28 AM
To: Eastern District of North Carolina <NCEBml_EmergencyFiling@nceb.uscourts.gov>

Thank you!
[Quoted text hidden]