Form 157

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor(s): | Mya Deionshai Corbett | Bankruptcy Case No.: | 22–10293 |
| Plaintiff(s): | Mya Deionshai Corbett | | |
| | v. | | |
| Defendant(s): | Towriffic Towing & Recovery and Oaktree Finance LLC | Adversary Proceeding No.: | 22–02017 |

## NOTICE OF HEARING
## TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**TAKE NOTICE THAT** a hearing will be held to consider and act upon the following:

*Motion to Dismiss Adversary Proceeding filed by Defendant Oaktree Finance LLC;*

*Motion to Extend Time to Respond to Motion to Dismiss Adversary filed by Plaintiff Mya Deionshai Corbett*

| Hearing Details: | |
|---|---|
| Hearing Date: | 9/7/22 |
| Hearing Time: | 02:00 PM |
| Hearing Location: | Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 8/26/22                                                OFFICE OF THE CLERK/TR

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.