United States Bankruptcy Court
Middle District of North Carolina

Corbett,

> Plaintiff

Adv. Proc. No. 22-02017-bak

Towriffic Towing & Recovery,

> Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 26, 2022 | Form ID: 157P | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Mya Deionshai Corbett, 1183 University dr #105227, Burlington, NC 27215-8303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Oaktree Finance LLC |
| dft | | Towriffic Towing & Recovery |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Walker, II | |
| | on behalf of Defendant Oaktree Finance LLC steven@walkerkiger.com |
| William P. Miller | |
| | bancm_ecf@ncmba.uscourts.gov |

TOTAL: 2

Form 157

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor(s) : | Mya Deionshai Corbett | Bankruptcy Case No.: | 22–10293 |
| Plaintiff(s): | Mya Deionshai Corbett | | |
| | v. | | |
| | Towriffic Towing & Recovery and | | |
| Defendant(s): | Oaktree Finance LLC | Adversary Proceeding No.: | 22–02017 |

## NOTICE OF HEARING
## TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**TAKE NOTICE THAT** a hearing will be held to consider and act upon the following:

*Motion to Dismiss Adversary Proceeding filed by Defendant Oaktree Finance LLC;*

*Motion to Extend Time to Respond to Motion to Dismiss Adversary filed by Plaintiff Mya Deionshai Corbett*

| Hearing Details: | |
|---|---|
| Hearing Date: | 9/7/22 |
| Hearing Time: | 02:00 PM |
| Hearing Location: | Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 8/26/22                                         OFFICE OF THE CLERK/TR

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.