**SO ORDERED.**

**SIGNED this 19th day of September, 2022.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mya Deionshai Corbett, | ) | Chapter 13 |
| | ) | Case No. 22-10293 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Mya Deionshai Corbett | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 22-02017 |
| | ) | |
| Towriffic Towing & Recovery and Oaktree Finance LLC | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

This case came before the Court for hearing on September 7, 2022, on Mya Deoinshai Corbett's ("Plaintiff") *Motion to Extend Time to Respond to Motion to Dismiss*, ECF No. 12 ("Motion to Extend"), filed on August 26, 2022, on which date Plaintiff also filed her *Response*, ECF No. 13.

Having considered Plaintiff's Motion to Extend and the

1

attendant circumstances, including Debtor's pro se status, and for the reasons set forth on the record, the Court will grant the motion and extend the time for Debtor to file a response to the Motion to Dismiss by one day to August 26, 2022, the day on which Plaintiff's Response was filed.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend is GRANTED, and the Court will consider Plaintiff's Response to Motion to Dismiss Adversary Proceedings.

[END OF DOCUMENT]

<u>Parties to be Served</u>
22-02017

All parties to this Adversary Proceeding.